**MINUTE ENTRY**
**ROBY, C. M. J.**
**June 15, 2021**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KELVIN YORK** | **CIVIL ACTION** |
| **VERSUS** | **NO:** 20-3377 |
| **LIFE INSURANCE COMPANY OF NORTH AMERICA** | **SECTION: "T" (4)** |

A Settlement Conference was held on this date. Participating were: **Reagan Levert Toledano** representing the plaintiff; Kelvin York, plaintiff; **Lauren Welch** representing the defendant. Negotiations were successful and a settlement was reached . The settlement was placed on the record by court reporter, Karen Ibos.

**MJSTAR:** 1:50