UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KELVIN YORK** | * | **CIVIL ACTION NO. 20-3377** |
| | * | |
| **VERSUS** | * | **JUDGE GREG GERARD GUIDRY** |
| | * | |
| **LIFE INSURANCE COMPANY OF** | * | **MAGISTRATE JUDGE KAREN** |
| **NORTH AMERICA** | * | **WELLS ROBY** |

\* \* \* \* \* \* \*    \* \* \* \* \* \*

## O R D E R

Considering the Joint Motion to Dismiss (R. Doc. 21):

**IT IS ORDERED** that this case and all claims in the captioned matter are hereby dismissed with prejudice.

New Orleans, Louisiana this   27th   day of   December  , 2021.

_____
**UNITED STATES DISTRICT COURT JUDGE**